

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00043-CV

| | | |
|---|---|---|
| WASTE MANAGEMENT OF TEXAS, INC., Appellant | § | On Appeal from the 431st District Court |
| v. | § | of Denton County (16-08887-431) |
| MARIA DODD, INDIVIDUALLY AND AS INDEPENDENT ADMINISTRATOR OF THE ESTATE OF EMILIO DODD, JR., DECEASED, Appellee | § | January 23, 2025 |
| | § | Memorandum Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed, and we render a judgment that Appellee Maria Dodd taking nothing on her gross-negligence claim.

It is further ordered that Appellee Maria Dodd shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Wade Birdwell_____
      Justice Wade Birdwell